No. 02–1624. ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. *v.* NEWDOW ET AL., *ante,* p. 1. Petition for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–1632. BLAKELY *v.* WASHINGTON, *ante,* p. 296. Motion of respondent to expedite consideration of petition for rehearing denied. Petition for rehearing denied.

No. 01–1697. MENON *v.* FRINTON, 537 U. S. 817;

No. 02–1119. YOUNG *v.* UNITED STATES, 537 U. S. 1234; and

No. 03–9009. J. K. *v.* DAUPHIN COUNTY CHILDREN AND YOUTH SERVICES, 541 U. S. 1012. Motions of petitioners for leave to file petitions for rehearing denied.

No. 03–16. KRILICH *v.* UNITED STATES, 540 U. S. 946 and 1086. Motion of petitioner for leave to file second petition for rehearing denied. .

AUGUST 25, 2004

No. 04–6001 (04A168). BUSBY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.